422 F.2d 401
 Roscoe LEWIS, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 22799.
 United States Court of Appeals, Ninth Circuit.
 March 3, 1970. Rehearing Denied April 17, 1970.
 
 Alan Saltzman (argued), Hollywood, Cal., for appellant.
 Irving Prager (argued), Edward J. Wallin, Robert L. Brosio, Asst. U.S. Attys., Wm. Matthew Byrne, U.S. Atty., Los Angeles, Cal., for appellee.
 Before BARNES, DUNIWAY and ELY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed on the authority of Minor v. United States, 1969, 396 U.S. 87, 90 S.Ct. 284, 24 L.Ed.2d 283.